**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CORRY MATTHEWS, : No. 157 MAL 2015
:
Petitioner :
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v. :
:
:
:
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.